# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# Case No. 14-cv-22017-KMM

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOUGLAS T. EDWARDS, et al.,
    Plaintiffs,                CASE NO.: 14-CV-22017-KMM
V.
APPLE INC., et al.,
    Defendants.

PLAINTIFFS' VOLUNTARY DISMISSAL OF JOINT
SCHEDULING REPORT

COMES NOW the Lead Plaintiff Edwards & hereby files this motion to voluntarily dismiss the pending Joint Scheduling Report & Edwards would submit:

1. On July 3, 2014, Edwards filed a Joint Scheduling Report in this case.
2. Since that time Plaintiff Edwards has discovered that he has incorrectly submitted the Joint Scheduling Report.
3. Defendant Apple made contact with Edwards on July 14, 2014, & as result Edwards has come to realize that he has acted incorrectly.
4. Edwards hereby moves to voluntarily withdraw/dismiss the pending pleading to properly refile it after correcting this deficient filing.
5. Defendant Apple will not be prejudiced by the withdrawal/dismissal of the Joint Scheduling Report.
6. Most of Edwards was lost by prison officials which included Edwards' copy of this Court's Local Rules.
7. Wherefore, this motion is filed in good faith & Edwards respectfully moves this Honorable to allow voluntary dismissal of the Joint Scheduling Report without prejudice.

Respectfully submitted,
Douglas T. Edwards #102348

Santa Rosa C.I.
5850 E. Milton Rd.
Milton, Florida 32583

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished by U.S. mail to: Christopher Prusaski, P.A., 201 S. Biscayne Blvd., Miami, Fl.; Apple Inc., 1 Infinite Loop, Cupertino, CA.; Harshaw Research Inc., Isaac Wiley, Dale Ream, 210 W. Tecumseh St., Ottawa, Ks.; Synetia Cazeau, P.O. Box 530264, Miami, Fl., on this 14th of July, 2014.

Douglas T. Edwards #102348
Douglas T. Edwards #102348

-2-



Douglas T. Edwards #102348
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, Florida 32583

MAILED FROM
USMS STATE CORRECTIONAL INSTITUTION
INSPECTED RECEIVED

U.S. Dist. Court
Office of the Clerk
400 N. Miami Avenue
Rm. # 8N09
Miami, Florida 33128-7716